Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Wayne F Miller**
   Debtor(s)

Bankruptcy Case No.: 14–70289–JAD
Doc. # 38
Chapter: 13
Docket No.: 39 – 38
Concil. Conf.: November 3, 2016 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **October 3, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **October 17, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **November 3, 2016** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 17, 2016

                                                                                Jeffery A. Deller
                                                                                United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                                 United States Bankruptcy Court
                                 Western District of Pennsylvania
In re:                                                                                  Case No. 14-70289-JAD
Wayne F Miller                                                                          Chapter 13
         Debtor
                                          CERTIFICATE OF NOTICE
District/off: 0315-7             User: jfur                    Page 1 of 2                   Date Rcvd: Aug 17, 2016
                                 Form ID: 410                  Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
db            #+Wayne F Miller,   86 Wilson Street,   P.O. Box 55,   Wallaceton, PA 16876-0055
13843525       +AAS Debt Recovery Inc.,   P.O. Box 129,   Monroeville, PA 15146-0129
13843526       +Accounts Receivable Management, Inc.,   P.O. Box 129,   Thorofare, NJ 08086-0129
13843527       +Capital One Bank, N.A.,   P.O. Box 71083,   Charlotte, NC 28272-1083
13843528        Care Plus Oxygen of Bellefonte,   2233 East Main Street,   Montrose, CO 81401-3831
13843530       +Centre Medical & Surgical Associates,   1850 East Park Avenue,   State College, PA 16803-6704
13843536       +First National Bank,   4140 East State Street,   Hermitage, PA 16148-3401
13843537       +First Premier Bank,   P.O. Box 5529,   Sioux Falls, SD 57117-5529
13843538       +Firstsource Advantage, LLC,   P.O. Box 628,   Buffalo, NY 14240-0628
13843539       +Franklin American Mortgage Company,   425 Phillips Boulevard,   Trenton, NJ 08618-1430
13843540       +Geisinger Clinic,   100 N. Academy Avenue,   Danville, PA 17822-0001
13843545       +KML Law Group, P.C.,   Attn: Alyk Oflazian, Esquire,   Suite 5000 BNY Independence Center,
                 701 Market Street,   Philadelphia, PA 19106-1538
13843544      #+Keystone Credit Collections, Inc.,   124 1/2 East Main Street,   P.O. Box 686,
                 Lock Haven, PA 17745-0686
13843546       +Lydia M. McCloskey, Tax Collector,   P.O. Box 17,   Snow Shoe, PA 16874-0017
13843547       +Mount Nittany Medical Center,   P.O. Box 1259,   State College, PA 16804-1259
13843548       +Mountaintop Area Municpal Authority,   P.O. Box 275,   Snow Shoe, PA 16874-0275
13843549       +Mountaintop Regional Water Authority,   P.O. Box 294,   Snow Shoe, PA 16874-0294
13920011        New Century Financial Services, Inc.,   as successor in interest to Credit One B,
                 c/o Pressler & Pressler, LLP,   7 Entin Road,   Parsippany, NJ 07054-5020
13843551       +Penelec,   P.O. Box 3687,   Akron, OH 44309-3687
13843552       +Penn State FCU,   1937 N. Atherton Street,   State College, PA 16803-1523
13843553       +Pressler and Pressler, LLP,   7 Entin Road,   Parsippany, NJ 07054-5020
13843555       +Snow Shoe Borough,   P.O. Box 277,   106 Railroad Street,   Snow Shoe, PA 16874-0277
13843556       +United Collection Bureau, Inc.,   P.O. Box 140310,   Toledo, OH 43614-0310
13843558        Weltman Weinberg & Reis, Co., L.P.A.,   c/o Matthew D. Urban, Esquire,   436 Seventh Avenue,
                 1400 Koppers Building,   Pittsburgh, PA 15219
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13872247        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2016 01:13:03
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK   73124-8838
13843531       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 18 2016 01:18:47
                 Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13843532       +E-mail/Text: creditonebknotifications@resurgent.com Aug 18 2016 01:17:49    Credit One Bank,
                 P.O. Box 60500,   City of Industry, CA 91716-0500
13843533       +E-mail/Text: mrdiscen@discover.com Aug 18 2016 01:17:48    Discover,   P.O. Box 71084,
                 Charlotte, NC 28272-1084
13848182        E-mail/Text: mrdiscen@discover.com Aug 18 2016 01:17:48    Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH   43054-3025
13843534       +E-mail/Text: Bankruptcy.Consumer@dish.com Aug 18 2016 01:18:24    Dish Network,
                 P.O. Box 4034,   Woburn, MA 01888-4034
13843541       +E-mail/Text: bankruptcy@huntington.com Aug 18 2016 01:18:23    Huntingdon Bank,
                 P.O. Box 182519,   Columbus, OH 43218-2519
13843542       +E-mail/Text: bankruptcy@huntington.com Aug 18 2016 01:18:23    Huntington National Bank,
                 2361 Morse Road; NC2W21,   Columbus, OH 43229-5891
13846529       +E-mail/Text: bankruptcy@huntington.com Aug 18 2016 01:18:23    Huntington National Bank,
                 PO BOX 89424,   Cleveland, OH 44101-6424
13843543       +E-mail/Text: cio.bncmail@irs.gov Aug 18 2016 01:17:52    Internal Revenue Service,
                 P.O. Box 37004,   Hartford, CT 06176-7004
13843550       +E-mail/PDF: bankruptcy@ncfsi.com Aug 18 2016 01:12:21    New Century Financial Services,
                 110 South Jefferson Road, Suite 104,   Whippany, NJ 07981-1038
13896891        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2016 01:12:20
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13843554       +E-mail/Text: Supportservices@receivablesperformance.com Aug 18 2016 01:18:57    Rcvl Per Mng,
                 20816 44th Avenue West,   Lynnwood, WA 98036-7744
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Franklin American Mortgage Company
13843529*      +Care Plus Oxygen of Bellefonte,   2233 East Main Street,   Montrose, CO 81401-3831
13843535      ##+Elizabeth Miller,   214 West Olive Street,   Snow Shoe, PA 16874-8517
13843557      ##+Verizon,   P.O. Box 15026,   Albany, NY 12212-5026
                                                                                   TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-7          User: jfur              Page 2 of 2              Date Rcvd: Aug 17, 2016
                              Form ID: 410            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Franklin American Mortgage Company
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Wayne F Miller thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```