# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 14-70289-JAD |
| Wayne F. Miller, | : |
| Debtor | : Chapter 13 |
| | : |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 27th day of October, 2016, a true and correct copy of the Order dated October 26, 2016, by First-Class Mail.  U.S. Postage paid on the Parties below:

FEDEX FREIGHT, INC.
PAYROLL SERVICES
1790 KIRBY PARKWAY, SUITE 300
MEMPHIS, TN 38138

WAYNE F. MILLER
86 WILSON STREET
P.O. BOX 55
WALLACETON, PA 16876

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: October 27, 2016

Respectfully submitted,
/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors