Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Wayne F Miller** | : | Case No. 14−70289−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 38 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **26th day of October, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Wayne F Miller  
    Debtor

Case No. 14-70289-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: jhel     Page 1 of 2     Date Rcvd: Oct 26, 2016  
                       Form ID: 309    Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2016.
```
db              #+Wayne F Miller,    86 Wilson Street,    P.O. Box 55,    Walaceton, PA 16876-0055
13843525         +AAS Debt Recovery Inc.,    P.O. Box 129,    Monroeville, PA 15146-0129
13843526         +Accounts Receivable Management, Inc.,    P.O. Box 129,    Thorofare, NJ 08086-0129
13843528          Care Plus Oxygen of Bellefonte,    2233 East Main Street,    Montrose, CO 81401-3831
13843530         +Centre Medical & Surgical Associates,    1850 East Park Avenue,    State College, PA 16803-6704
13843536         +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
13843539         +Franklin American Mortgage Company,    425 Phillips Boulevard,    Trenton, NJ 08618-1430
13843540         +Geisinger Clinic,    100 N. Academy Avenue,    Danville, PA 17822-0001
13843541         +Huntingdon Bank,    P.O. Box 182519,    Columbus, OH 43218-2519
13843545         +KML Law Group, P.C.,    Attn: Alyk Oflazian, Esquire,    Suite 5000 BNY Independence Center,
                   701 Market Street,    Philadelphia, PA 19106-1538
13843544        #+Keystone Credit Collections, Inc.,    124 1/2 East Main Street,    P.O. Box 686,
                   Lock Haven, PA 17745-0686
13843546         +Lydia M. McCloskey, Tax Collector,    P.O. Box 17,    Snow Shoe, PA 16874-0017
13843547         +Mount Nittany Medical Center,    P.O. Box 1259,    State College, PA 16804-1259
13843548         +Mountaintop Area Municpal Authority,    P.O. Box 275,    Snow Shoe, PA 16874-0275
13843549         +Mountaintop Regional Water Authority,    P.O. Box 294,    Snow Shoe, PA 16874-0294
13920011          New Century Financial Services, Inc.,    as successor in interest to Credit One B,
                   c/o Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
13843551         +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
13843552         +Penn State FCU,    1937 N. Atherton Street,    State College, PA 16803-1523
13843553         +Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
13843555         +Snow Shoe Borough,    P.O. Box 277,    106 Railroad Street,    Snow Shoe, PA 16874-0277
13843556         +United Collection Bureau, Inc.,    P.O. Box 140310,    Toledo, OH 43614-0310
13843558          Weltman Weinberg & Reis, Co., L.P.A.,    c/o Matthew D. Urban, Esquire,    436 Seventh Avenue,
                   1400 Koppers Building,    Pittsburgh, PA 15219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13872247          EDI: AIS.COM Oct 27 2016 01:08:00      American InfoSource LP as agent for,    Verizon,
                   PO Box 248838,    Oklahoma City, OK   73124-8838
13843527         +EDI: CAPITALONE.COM Oct 27 2016 01:13:00      Capital One Bank, N.A.,    P.O. Box 71083,
                   Charlotte, NC 28272-1083
13843531         +E-mail/Text: hariasdiaz@creditmanagementcompany.com Oct 27 2016 01:28:47
                   Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13843532         +EDI: RCSFNBMARIN.COM Oct 27 2016 01:13:00      Credit One Bank,    P.O. Box 60500,
                   City of Industry, CA 91716-0500
13843533         +EDI: DISCOVER.COM Oct 27 2016 01:13:00      Discover,    P.O. Box 71084,
                   Charlotte, NC 28272-1084
13848182          EDI: DISCOVER.COM Oct 27 2016 01:13:00      Discover Bank,    DB Servicing Corporation,
                   PO Box 3025,    New Albany, OH  43054-3025
13843534         +EDI: ESSL.COM Oct 27 2016 01:08:00      Dish Network,    P.O. Box 4034,    Woburn, MA 01888-4034
13843537         +EDI: AMINFOFP.COM Oct 27 2016 01:13:00      First Premier Bank,    P.O. Box 5529,
                   Sioux Falls, SD 57117-5529
13843538         +EDI: FSAE.COM Oct 27 2016 01:13:00      Firstsource Advantage, LLC,    P.O. Box 628,
                   Buffalo, NY 14240-0628
13843542         +E-mail/Text: bankruptcy@huntington.com Oct 27 2016 01:28:27      Huntington National Bank,
                   2361 Morse Road; NC2W21,    Columbus, OH 43229-5891
13846529         +E-mail/Text: bankruptcy@huntington.com Oct 27 2016 01:28:27      Huntington National Bank,
                   PO BOX 89424,    Cleveland, OH 44101-6424
13843543         +EDI: IRS.COM Oct 27 2016 01:13:00      Internal Revenue Service,    P.O. Box 37004,
                   Hartford, CT 06176-7004
13843550         +E-mail/PDF: bankruptcy@ncfsi.com Oct 27 2016 01:53:59      New Century Financial Services,
                   110 South Jefferson Road, Suite 104,    Whippany, NJ 07981-1038
13896891          EDI: PRA.COM Oct 27 2016 01:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                   Norfolk VA 23541
13843554         +E-mail/Text: Supportservices@receivablesperformance.com Oct 27 2016 01:29:00      Rcvl Per Mng,
                   20816 44th Avenue West,    Lynnwood, WA 98036-7744
13843557         +EDI: VERIZONEAST.COM Oct 27 2016 01:13:00      Verizon,    P.O. Box 15026,
                   Albany, NY 12212-5026
                                                                                              TOTAL: 16
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr                Franklin American Mortgage Company
13843529*        +Care Plus Oxygen of Bellefonte,    2233 East Main Street,    Montrose, CO 81401-3831
13843535       ##+Elizabeth Miller,    214 West Olive Street,    Snow Shoe, PA 16874-8517
                                                                                       TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-7          User: jhel              Page 2 of 2              Date Rcvd: Oct 26, 2016
                              Form ID: 309            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Franklin American Mortgage Company
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Wayne F Miller thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                     TOTAL: 4
```