**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WAYNE F MILLER

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:14-70289 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/28/2014 and confirmed on 08/13/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 11,719.63 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 11,719.63 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,300.00 | |
|     Trustee Fee | 438.67 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,738.67 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FRANKLIN AMERICAN MORTGAGE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9208 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 7,521.76 | 4,093.21 | 942.73 | 5,035.94 |
|   Acct: 1716 | | | | |
| | | | | 5,035.94 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WAYNE F MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ELIZABETH MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| INTERNAL REVENUE SERVICE* | 2,945.02 | 2,945.02 | 0.00 | 2,945.02 |
|   Acct: 7653 | | | | |
| | | | | 2,945.02 |

| 14-70289 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5712 | | | | |
|    ACCOUNT RECEIVABLES MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5647 | | | | |
|    CARE PLUS OXYGEN OF BELLEFONTE | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 9839 | | | | |
|    CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8943 | | | | |
|    NEW CENTURY FINANCIAL SVCS INC | 798.82 | 0.00 | 0.00 | 0.00 |
|       Acct: 4088 | | | | |
|    DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 0165 | | | | |
|    FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 3825 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 1,053.28 | 0.00 | 0.00 | 0.00 |
|       Acct: 9562 | | | | |
|    GEISINGER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5798 | | | | |
|    HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1716 | | | | |
|    KEYSTONE CREDIT COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2961 | | | | |
|    TAX AUTH OR TYPE TAX UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XXX0:13 | | | | |
|    MOUNTAINTOP AREA MUNICIPAL AUTHOR | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 3045 | | | | |
|    MOUNTAINTOP REGIONAL WATER AUTHO | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: B040 | | | | |
|    NEW CENTURY FINANCIAL SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1280 | | | | |
|    PENELEC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 4695 | | | | |
|    PENN STATE FCU | 4,774.27 | 0.00 | 0.00 | 0.00 |
|       Acct: 5912 | | | | |
|    RECEIVABLES PERFORMANCE MANAGEM | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 0127 | | | | |
|    SNOW SHOE BOROUGH | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 7653 | | | | |
|    AMERICAN INFOSOURCE LP AGENT FOR | 195.63 | 0.00 | 0.00 | 0.00 |
|       Acct: 3903 | | | | |
|    DISCOVER BANK(*) | 1,605.23 | 0.00 | 0.00 | 0.00 |
|       Acct: 2022 | | | | |
|    INTERNAL REVENUE SERVICE* | 393.92 | 0.00 | 0.00 | 0.00 |
|       Acct: 7653 | | | | |
|    AMERICAN INFOSOURCE LP AGENT FOR | 146.65 | 0.00 | 0.00 | 0.00 |
|       Acct: 3612 | | | | |

                                                   \* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                                        7,980.96

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,945.02 |
| SECURED | 7,521.76 |
| UNSECURED | 8.967.80 |

Date: 12/07/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com